UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60204-CR-RAR

**UNITED STATES OF AMERICA**,

v.

**ROYAL AIR MUSEUM, INC.**,

      Defendant.

_____/

### SEALED ORDER GRANTING UNITED STATES' *EX PARTE* MOTION FOR WRIT OF EXECUTION AND FOR APPOINTMENT OF RECEIVER

**THIS CAUSE** comes before the Court on the United States' Sealed *Ex Parte* Motion for Writ of Execution and Motion for Appointment of Receiver ("Motion"), [ECF No. 27]. The Court having carefully reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the United States' Motion for Writ of Execution and Motion for Appointment of Receiver is **GRANTED.** The Clerk of Court is directed to issue a Writ of Execution in the form attached to the Government's Motion, [ECF No. 27-1].

Linda Leali, Esq., 2525 Ponce De Leon Blvd., STE 300, Coral Gables, Florida 33134 is hereby appointed as the Receiver to take possession of and preserve the following property owned by Defendant Royal Air Museum, Inc.: (1) Lockheed Model F104B Starfighter – Aircraft Registration Number 65354 – Serial Number 56-1296; (2) Learjet Model 23 – Aircraft Registration Number 119BA – Serial Number 23-084; and (3) Lockheed Model CF104D – Aircraft Registration Number 104RB – Serial Number 104632 (herein, collectively, the "Aircraft").

The Receiver shall take custody and possession of the Aircraft together with all the fixtures and other property necessary for their operation and sale from the U.S. Marshals Service following levy as set forth in the Writ of Execution, such property including not limited to the following:

a. Airframe and engine log-books from the date of inception, as issued by either a civilian manufacturer (as identified by the date of issuance of the Airworthiness Certificate by the FAA or DAR) or a U.S. military contractor.

b. Airworthiness Certificate, when applicable.

c. Any approved Aircraft Approved Inspection Programs (AAIP).

d. Civilian and military parts, maintenance, and overhaul manuals.

e. Rotable and spare parts for the Aircraft, including propellants for military ejection seats, S/R Drogue chutes, spare wheels and tires, instruments, and other ground-based equipment (e.g., tow bars, hydraulic mule, Ground Power Unit).

f. Third-party CAMP (Computerized Aircraft Maintenance Program) reports for the Aircraft.

g. Pilot operating handbook for the Aircraft.

h. Pilot logs for the flight of the Aircraft.

i. Any International Traffic in Arms Regulations (ITAR) documentation (DSP-61) related to the import of the Aircraft, if applicable.

j. Any existing squawk lists of current maintenance items due for the Aircraft.

k. Keys related to ingress/egress and storage compartments for the Aircraft.

No person or entity shall file suit against the Receiver, or take other action against the Receiver, without an order of this Court permitting a suit or action provided, however, that no prior Court order is required to file a motion in this action arising from the Receiver's gross negligence, gross or willful misconduct, malicious acts, and/or the failure to comply with this Order or any other order of this Court in this action. If a person or entity violates this prohibition, they will be liable for damages associated with such violation.

The Receiver and her employees, agents, and attorneys shall have no personal liability and they shall have no claim asserted against them relating to the Receiver's duties under this Order, except for claims due to their gross negligence, gross or willful misconduct, malicious acts, and/or the failure to comply with this Court's orders.

**DONE AND ORDERED** in Miami, Florida this 21st day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**