**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-60204-CR-RAR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROYAL AIR MUSEUM, INC.,

    Defendant.
_____/

## WRIT OF EXECUTION

**TO: THE UNITED STATES MARSHAL**

On July 27, 2023, a judgment was entered in the United States District Court for the Southern District of Florida, in favor of the United States of America and against the defendant Royal Air Museum, Inc., including an assessment in the amount of $400.00, an order of restitution in the amount of $4,000,000.00, and a $1,000,000.00 fine. [ECF No. 24]. The judgment remains unsatisfied and has accrued $316,616.75 in interest through October 15th, 2024. Simple interest accrues on the judgment at the rate of 5.36%. Currently, no costs are owed on the judgment. The Defendant's last known address is 10130 Northlake Blvd., STE 214-243, West Palm Beach, FL 33412.

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED** to deliver the possession of property to the United States, and to then satisfy the judgment by levying on the following property in which defendant has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows: (1) Lockheed Model F104B Starfighter – Aircraft Registration Number 65354 – Serial Number 56-1296; (2) Learjet Model 23 – Aircraft

Registration Number 119BA – Serial Number 23-084; and (3) Lockheed Model CF104D – Aircraft Registration Number 104RB – Serial Number 104632 (herein, collectively, the "Aircraft").

**YOU ARE ALSO COMMANDED** to levy upon all Aircraft fixtures and other personal property located inside or about the Aircraft, and further to levy upon the following property wherever it might be found for the Aircraft:

a. Airframe and engine log-books from the date of inception, as issued by either a civilian manufacturer (as identified by the date of issuance of the Airworthiness Certificate by the FAA or DAR) or a U.S. military contractor.

b. Airworthiness Certificate, when applicable.

c. Any approved Aircraft Approved Inspection Programs (AAIP).

d. Civilian and military parts, maintenance, and overhaul manuals.

e. Rotable and spare parts, including propellants for military ejection seats, S/R Drogue chutes, spare wheels and tires, instruments, and other ground-based equipment (e.g., tow bars, hydraulic mule, Ground Power Unit).

f. Third-party CAMP (Computerized Aircraft Maintenance Program) reports.

g. Pilot operating handbook.

h. Pilot logs for the flight.

i. Any International Traffic in Arms Regulations (ITAR) documentation (DSP-61) related to the import of the Aircraft, if applicable.

j. Any existing squawk lists of current maintenance items due.

k. Keys related to ingress/egress and storage compartments.

**YOU ARE ALSO COMMANDED** to collect from the date hereof your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

**YOU ARE FURTHER COMMANDED** that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment and cost.

**NOTICE TO DEBTOR PURSUANT TO 28 U.S.C. § 3202 (b)**

You are hereby notified that the property subject to the Writ of Execution is being taken by the United States Government, which has a court judgment in the above captioned case, as described in the Writ.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States Government if the judgment debtor can show that the exemptions apply. Below is a summary of the exemptions which may apply:

Exemptions available under the laws of the State of Florida are generally not available to a federal criminal judgment debtor in proceedings commenced under the Federal Debt Collection Procedures Act. The following property is, however, exempt from levy under federal law: (1) wearing apparel and school books; (2) fuel, provisions, furniture and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail; (6) certain annuity and pension payments; (7) workmen's compensation; (8) judgments for support of minor children; (9) a minimum exemption for wages, salary and other income; (10) certain service-connected disability payments; and (11) assistance under the Job Training Partnership Act.

If you are the judgment debtor, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, FL 33128. You may send a copy of your request to the United States Attorney's Office, ATTN: AUSA Brett R. Geiger at 99 N.E. 4th Street, Miami, Florida 33132, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the clerk of the court at United States District Court, 400 N. Miami Ave., 8th Floor, Miami, Florida 33128.  You must also send a copy of your request to the United States Attorney's Office at 99 N.E. 4th Street, STE 300 Miami, Florida 33132, ATTN: Brett R. Geiger, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice but can refer you to other sources of information.

ANGELA E. NOBLE
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DATE. Oct 21, 2024            By:   S.Carlson
                                    Deputy Clerk



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____S.Carlson_____
                  Deputy Clerk
Date___Oct 21, 2024___

4