**SEALED**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 22-60204-CR-RAR |
| DEFENDANT | TYPE OF PROCESS |
| ROYAL AIR MUSEUM, INC. | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARK DANIELS, INDIVIDUALLY, AND AS R.A. OF ROYAL AIR MUSEUM - SEE WRIT OF EXECUTION
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
527 Pheasant Lane North, Jupiter, FL 33458    (561) 722-5561

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
AUSA Brett R. Geiger
99 N.E. 4th Street, STE 300
Miami, FL 33132-2111
Brett.Geiger@usdoj.gov

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Coordinate with appointed Receiver Linda Liali (786-294-6671; lleali@lealilaw.com) to levy upon property. The Receiver is ordered to take possession of and preserve the target property. Serve a copy of the Motion for Writ of Execution, Writ of Execution and Order Granting United States' Motion for Writ of Execution on Mark Daniels, and in addition levy upon Aircraft related materials listed on the Writ of Execution.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 305-961-9190
DATE: 11.1.2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 04
District to Serve No.: 04

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 11/19/24   Time: 2:28 [✓] pm

Signature of U.S. Marshal or Deputy: *TCuralio* 4963

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
DUSMS Corrales and Toney-Bashui personally served Mark Daniels at 527 Pheasant Ln N, Jupiter FL 33458 at 2:28pm on 11/19/24.

FILED BY ___ATS___ D.C.
NOV 20 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Form USM-285
Rev. 03/21