UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60204-CR-RUIZ

UNITED STATES OF AMERICA

v.

ROYAL AIR MUSEUM, INC.,

        Defendant.
_____/

FILED BY ___ D.C.
JAN 16 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## NOTICE OF PERMANENT APPEARANCE

Steven M. Selz, Esq, files this appearance as counsel for the above-named defendant. Counsel agrees to represent the defendant for:

__X__ TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

or

_____ TRIAL, ALL PROCEEDINGS IN THE DISTRICT COURT, AND ON APPEAL

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant. Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

    Attorney: Steven M. Selz
    Florida Bar Number: 777420
    Street Address: 500 University Blvd., Suite 110
    City/State/Zip Code: Jupiter, FL 33458
    Email: Selzmuvdi@aol.com
    Telephone: 561-694-0260

I hereby acknowledge that I have read this form and consent to the representation of the above counsel as noted above.

_____
Defendant-Royal Air Museum, Inc. by
Mark Daniels, President

1