**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:22-CR-60204

UNITED STATES OF AMERICA,

v.

ROYAL AIR MUSEUM, INC.,

　　　　Defendant.
_____/

## NOTICE OF APPEARANCE AND E-MAIL ADDRESS DESIGNATION

THE UNDERSIGNED COUNSEL hereby enters his Notice of Appearance as Counsel of record for the Defendant in the above-styled cause and would request the Clerk of Court to furnish any paperwork in this case to the undersigned. In accordance with Florida Rule of Judicial Administration 2.516, hereby designates the following as his primary email addresses:

**Primary E-Mail:** skaplan@stuartnkaplanpa.com
**Secondary E-Mail:** rbailey@stuartnkaplanpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email brett.geiger@usdoj.gov, Brett R. Geiger, AUSA, United States Attorney's Office, 99 Northeast 4th Street, Suite 300, Miami, Florida 33132, masv35@aol.com., fouga101@aol.com, Mark A. Schneider, Esquire, Law Offices of Mark A. Schneider, P.A, 1100 Lee Wagner Boulevard, Sute 321, Fort Lauderdale, Florida 33315, selzmuvdi@aol.com, Steven M. Selz, Esquire, 500 University Boulevard, Suite 110, Jupiter, Florida 33458 this ___ day of February, 2025.

　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF THOMAS J. ALI, P.A.**
　　　　　　　　　　　　　　　　　PGA Financial Plaza
　　　　　　　　　　　　　　　　　3399 PGA Boulevard, Suite 150
　　　　　　　　　　　　　　　　　Palm Beach Gardens, Florida 33410
　　　　　　　　　　　　　　　　　Telephone: (561) 296-7900
　　　　　　　　　　　　　　　　　Facsimile: (561) 296-7919
　　　　　　　　　　　　　　　　　By: /s/ *THOMAS J. ALI*
　　　　　　　　　　　　　　　　　THOMAS J. ALI, ESQUIRE
　　　　　　　　　　　　　　　　　Florida Bar No.: 0370746
　　　　　　　　　　　　　　　　　Email: tali@stuartnkaplanpa.com
　　　　　　　　　　　　　　　　　Secondary Email: rbailey@stuartnkaplanpa.com
　　　　　　　　　　　　　　　　　*Attorney for the Defendant*