UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60204-RAR

**UNITED STATES OF AMERICA**

vs.

**ROYAL AIR MUSEUM, INC.,**

    Defendant.
_____/

### ORDER GRANTING RECEIVER'S MOTION TO AUTHORIZE AUCTION OF DEFENDANT'S PROPERTY

**THIS CAUSE** is before the Court on the Receiver's Motion to Authorize Auction of Defendant's Property ("Motion"), [ECF No. 50]. The Court acknowledges that Receiver Linda Leali, Esq. has already taken possession of the Learjet Model 23 (Registration No. 119BA, Serial No. 23-084) (herein the "Learjet 23") pursuant to the Writ of Execution, [ECF No. 29], and this Court appointing the Receiver to take possession of and preserve the aircraft, [ECF No. 28]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Receiver is authorized to contract with a professionally managed auction company to sell the Learjet 23 at an advertised auction and execute the appropriate documents to accomplish and finalize the sale and transfer of the Learjet 23. The Receiver is authorized to pay the costs of the auction from the proceeds of the sale up to a maximum of $5,000, for necessary marketing and auction conducting costs.

2. The Receiver is authorized to pay amounts necessary to deliver clear title at closing, including, but not limited to, completing any needed paperwork and negotiating and paying any liens necessary.

3. The Receiver is authorized and approved to receive a 10% commission on the gross sale price of the Learjet 23, and to be reimbursed for reasonable out-of-pocket expenses including, but not limited to, any additional marketing costs and costs associated with closing any sale.

4. The Receiver shall deposit the remaining proceeds with the Clerk of Court as payment towards the restitution judgment entered against the Defendant, Royal Air Museum, Inc.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record