

**Chandra Crawford**

Ph: 800 776-7287
Fx: 405 759-2287

**chandra@airtitle.com**

*USPS:*

**Powell Aircraft Title Service
Attn: Chandra Crawford
P.O. Box 19096
Okla. City, OK  73144**

*Express Mail:*

**10005 S. Penn Ste. A
Oklahoma City, OK  73159**

**Management Staff:**

Vicki Tolbert
*General Manager / Escrow*
Phone Extension: 201
vicki@airtitle.com

Chandra Crawford
*Title & Operations Manager*
Phone Extension: 202
chandra@airtitle.com

Denise Sharp
*Escrow/Document Specialist*
Phone Extension 203
denise@airtitle.com

**SELLER ESCROW
CLOSING STATEMENT
05/16/25**

**N65354
Lockheed F104B sn: 56-1296**

**Purchaser: DNC Parks & Resorts at KSC, Inc.
Seller: Linda Leali as Receiver for Royal Air Museum**

| | |
|---|---:|
| **Purchase Price:** | **$135,000.00** |
| **Less 1/2 PATS escrow fee** | **$     500.00** |
| **Funds sent to seller at closing** | **$134,500.00** |

1