

# AUCTION REPORTS AND SUMMARIES

RE:

## ROYAL AIR MUSEUM, INC.
### CASE No. 22-CR-60204-RAR
### 1965 LEAR JET 23 AIRCRAFT

Prepared for:

*Linda Leali, Receiver*

Stampler Auctions
P.O. Box 2975 | Ocala FL 34482
www.stamplerauctions.com | info@stamplerauctions.com
"You'll Profit From Our Experience"™

954 | 921.8888 TEL
342.2080 FAX
800.330.BIDS



April 16, 2025

Linda Leali, Receiver
2525 Ponce de Leon Boulevard
Suite 300
Coral Gables FL 33134

Re:  Royal Air Museum, Inc.
     Case No. 22-CR-60204-RAR
     1965 Lear Jet 23 Aircraft

Dear Ms. Leali

We would like to thank you for choosing Stampler Auctions to conduct your auction. Enclosed, please find the auction report, accounting summary, expense report and check for the net proceeds.

Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to call.

Sincerely

**Stampler Auctions**

*Harry Stampler*

Harry Stampler
President

HS/clc

Enclosures

**Stampler Auctions**
P.O. Box 2975 | Ocala FL 34482
www.stamplerauctions.com | info@stamplerauctions.com
"You'll Profit From Our Experience"™

954 | 921.8888 TEL
      342.2080 FAX
      800.330.BIDS

# AUCTION REPORT

## Re: 1965 Lear Jet 23 Aircraft

**AUCTION DATE:**
Wednesday, April 9, 2025 at 11:00 a.m.

**AIRCRAFT LOCATION:**
Space Coast Regional Airport (TIX)
355 Golden Knights Boulevard | Titusville FL 32780

**COMMENTS:**
There was a total of 24 registered bidders online at hibid.com and bidnow.com. Bidding was competitive for the plane and the price achieved was within expectations. The buyer of the plane was James Webb, Weatherproof Montana LLC, 124 West Pine Street, Missoula, Montana 59802.

Please see the following pages for a detailed accounting summary.



# ACCOUNTING SUMMARY

### Re: 1965 Lear Jet 23 Aircraft

GROSS AUCTION AMOUNT...................................................................$  41,000.00

MAXIMUM EXPENSE REIMBURSEMENT AS PER AGREEMENT...............<$   5,000.00>

NET PROCEEDS..............................................................................$  36,000.00
*(Check Enclosed)*



# AUCTION EXPENSE REPORT

## Re:  1965 Lear Jet 23 Aircraft

**TRADE PUBLICATION ADVERTISING** ............................................................. $   965.00
Trade-A-Plane – Plane & Auction Listing       03/20 .......................................... 130.00
Trade-A-Plane – Social Boost                          03/20 .......................................... 650.00
Barnstormers                                                      03/20 .......................................... 185.00

**ADVERTISING LAYOUT & PLACEMENT** ......................................................... $   144.75
In house computerized set-up for camera-ready work

**FACEBOOK BOOST / ADS** ................................................................................$   300.00

**GOOGLE AD WORDS** ......................................................................................$   100.00

**INTERNET ADVERTISING & WEB POSTING** .................................................$   N/C
Auction Posting / Inventory Listing / Photo Gallery

**AUCTIONZIP.COM** ...........................................................................................$   75.00

**GOTOAUCTION.COM** ......................................................................................$   75.00

**EZ TEXT**..............................................................................................................$   50.00

**WEB POSTINGS / BANNERS** ..........................................................................$   200.00
craigslist.com / adsinusa.com / salesspider.com / auctiondigz.com /
usnetads.com / epage.com / publicauctionfinder.com / more

**TELEMARKETING / FACSIMILE MARKETING / EMAIL MARKETING** ...............$   150.00



# AUCTION EXPENSE REPORT (cont.)

## Re: 1965 Lear Jet 23 Aircraft

**CONSTANT CONTACT** ......................................................................................$  200.00
Email blasts to Stampler customer list of previous auction attendees

**ADVANCE AUCTION PROMOTION**.................................................$  200.00
Pre-Auction notices and announcements / Inclusion on other brochures

**COVERT MARKETING**......................................................................$  200.00
Geo-targeted & Asset Specific Sponsored Advertising

**ONLINE BIDDING PLATFORMS**........................................................$  1,000.00
Platforms including target marketing, online monitoring, listing fee,
additional labor for photography, and detailed descriptions
BidNow .................................................................................................. 350.00
HiBid ...................................................................................................... 650.00

**HIBID FEATURED AUCTION SPOTS** ..................................................$  325.00
03/25–03/30 – Florida............................................................................ 325.00

**LABOR** ..........................................................................................$ 1,300.00
Auction Day:
    04/09    Harry*, Christian, Shae................................................ 600.00
    04/09    Carrie (Bookkeeper).................................................. 350.00
Settlement:
    04/15    Carrie ......................................................................... 350.00

**TOTAL OUT-OF-POCKET AUCTION EXPENSES**...................$  5,284.75

*Harry Stampler's services provided at no charge to Seller.

TOTAL OUT-OF-POCKET EXPENSES ................................ $   5,284.75
MAXIMUM EXPENSES AS PER AGREEMENT................ <$   5,000.00>
AMOUNT BORNE BY STAMPLER ..................................... $      284.75

