UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-60204-RAR

UNITED STATES OF AMERICA

v.

**ROYAL AIR MUSEUM, INC.,**

    Defendant.
_____/

## JUDGMENT AND MODIFICATION OF PROBATION

**THIS CAUSE** came before the Court on the United States Probation Officer's Petition for Offender Under Supervision, [ECF No. 32] ("Petition"). The Court held a hearing on the Petition on July 30, 2025, [ECF No. 59] ("Hearing"). The Court having carefully considered the statements of all parties and the information contained in the Petition—and being otherwise fully advised of Defendant's admission to Violation Nos. 1 and 2—hereby finds that Defendant has violated the terms and conditions of probation pursuant to Violation Nos. 1 and 2.[1] Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's special conditions of probation are hereby **MODIFIED**.

2. Defendant, Royal Air Museum, Inc., shall make monthly restitution payments of **$1,000.00** beginning on **August 1, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 30th day July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Government dismissed all remaining violations at the Hearing.